UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

```
--------------------------------------------------------x
STEPHEN CARRIER,                            :
an individual,                              :   CASE NO.: 2:16-cv-3702-KDE-KWR
                                            :                       Engelhardt
        Plaintiff,                          :   Judge: KURT D. ENGLEHARDT
                                            :
vs.                                         :   Magistrate: KAREN WELLS ROBY
                                            :
NON-FLOOD PROTECTION ASSET                  :
MANAGEMENT AUTHORITY, as                    :
Successor to the former BOARD OF            :
COMMISSIONERS OF THE                        :
SOUTHEASTERN LOUISIANA FLOOD                :
PROTECTION AUTHORITY; and M&O               :
REALTY, INC.                                :
                                            :
        Defendants                          :
                                            :
--------------------------------------------------------x
```

## ORDER

Having been advised that the Parties have resolved Plaintiff's claims against remaining Defendants, Non-Flood Protection Asset Management Authority and M&O Realty, Inc.;

Having been advised that the Parties have also resolved Non-Flood Protection Asset Management Authority's cross-claims against M&O Realty, Inc.;

IT IS HEREBY ORDERED that Plaintiff's claims against all remaining Defendants are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement between the Parties. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

IT IS FURTHER ORDERED that Non-Flood Protection Asset Management Authority's claims against M&O Realty, Inc. are hereby **DISMISSED WITH PREJUDICE,** with each

party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement between the Parties. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

New Orleans, Louisiana this 11th day of April, 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**